[No. 62014-2-I.   Division One.   July 27, 2009.]

*In the Matter of the Marriage of* AMBER PATRICIA O'DELL, *Respondent*, and JESS FRANKLIN O'DELL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-3-00717-9, Joan B. Allison, J. Pro Tem., entered June 20, 2008. *Reversed* by unpublished opinion per Lau, J., concurred in by Schindler, C.J., and Cox, J.

[No. 62148-3-I.   Division One.   July 27, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. K.A.J., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-8-03168-7, LeRoy McCullough, J., entered July 11, 2008. *Affirmed* by unpublished opinion per Schindler, C.J., concurred in by Cox and Lau, JJ.

[No. 62197-1-I.   Division One.   July 27, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. MARVIN LEE WALKER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-02825-5, George T. Mattson, J., entered July 21, 2008. *Affirmed* by unpublished opinion per Schindler, C.J., concurred in by Cox and Lau, JJ.

[No. 62307-9-I.   Division One.   July 27, 2009.]

ROBERT M. CULPEPER ET AL., *Respondents*, v. ISAAC JORDAN ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 08-2-05128-3, Michael T. Downes, J., entered August 7, 2008. *Reversed* and *remanded* by unpublished opinion per Cox, J., concurred in by Agid and Ellington, JJ.